UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-110

| | |
|---|---|
| ANNY CRUZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TRT HOLDINGS, INC., )<br>)<br>    Defendant. )<br>_____) | **ORDER** |

THIS MATTER is before the Court upon its own motion. Plaintiff's counsel was advised by chambers that as a courtesy to counsel and in the interest of justice, Plaintiff's counsel would be allowed to file a motion requesting special admission to this Court pursuant to Local Rule 83.1(D)(2). Plaintiff's counsel has failed to file such a motion. Plaintiff's counsel is reminded that the Court's allowance of a special admission is conditional, and such conditions include promptly complying with chambers' instructions and becoming familiar with the Local Rules. Plaintiff's counsel is hereby ordered to withdraw his Motion for Leave to Appear Pro Hac Vice [D.I. 33] and file the appropriate Motion for Special Admission by Tuesday, May 24th. If Plaintiff does not comply with this Order, Plaintiff's Motion for Leave to Appear Pro Hac Vice will be denied and Plaintiff will be required to obtain local counsel before the matter goes forward.

SO ORDERED.

Signed: May 19, 2011

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge