UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-110

ANNY CRUZ,

    Plaintiff,

v.

TRT HOLDINGS, INC.,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion to Appear *Pro Hac Vice*, filed on April 14, 2011. [D.I. 33]. Defendant filed a Response to Plaintiff's Motion on April 15, 2011, arguing that Plaintiff must obtain local counsel for *pro hac vice* admission. [D.I. 34]. After reviewing the pleadings, the Court informed the parties via telephone that Plaintiff would be allowed to withdraw the Motion to Appear *Pro Hac Vice* and file a motion for special admission without local counsel. Despite such instruction, Plaintiff's counsel failed to do so for several weeks. As a result, the Court issued an order on May 19, 2011 ordering Plaintiff to follow the Court's previous instructions to withdraw the current Motion and file a motion for special admission by May 24, 2011. [D.I. 36]. Plaintiff's counsel was warned that failure to follow such instructions would result in a denial of Plaintiff's Motion to Appear *Pro Hac Vice*, and the Court would require Plaintiff to obtain local counsel. Id. Plaintiff has yet again failed to follow the Court's instructions. Special admission to this Court without the usual requirement of local counsel is a privilege, not a right. Plaintiff's conduct has demonstrated that local counsel will be necessary to ensure that the Plaintiff follows the Local Rules and orders of this Court. Plaintiff's Motion is therefore **DENIED** without prejudice to refiling once Plaintiff obtains local

counsel.

**SO ORDERED**.

Signed: June 7, 2011

Graham C. Mullen
United States District Judge