# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anny Cruz ,

    Plaintiff(s),                                              JUDGMENT IN A CIVIL CASE

vs.                                                            3:11-cv-110

TRT Holdings, Inc., et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2011 Order.

Signed: September 26, 2011

Frank G. Johns, Clerk
United States District Court